```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 05738
    GREGORY MCKINNEY
    DEEDRA MCKINNEY                              CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

             Debtor
    SSN XXX-XX-3803    SSN XXX-XX-9538

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 03/30/2007 and was confirmed 06/25/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 02/25/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED VEHIC    4625.00          71.77         3292.61
INTERNAL REVENUE SERVICE  PRIORITY         8675.82           .00            .00
HOUSEHOLD B               UNSEC W/INTER  NOT FILED           .00            .00
CAPITAL ONE BANK          UNSEC W/INTER    1345.46           .00            .00
CAPITAL ONE               UNSEC W/INTER     980.57           .00            .00
CAPITAL ONE               UNSEC W/INTER     593.34           .00            .00
B-REAL LLC                UNSEC W/INTER     779.34           .00            .00
BP/CITI                   UNSEC W/INTER  NOT FILED           .00            .00
COMCAST                   UNSEC W/INTER  NOT FILED           .00            .00
COMCAST                   UNSEC W/INTER  NOT FILED           .00            .00
AT&T/SBC/ILLINOIS FACC    UNSEC W/INTER  NOT FILED           .00            .00
EMERGE MASTERCARD         UNSEC W/INTER     657.12           .00            .00
FIRST CONSUMERS NATIONAL  UNSEC W/INTER  NOT FILED           .00            .00
FIRST CONSUMERS NATIONAL  UNSEC W/INTER  NOT FILED           .00            .00
HSBC NV                   UNSEC W/INTER  NOT FILED           .00            .00
EMERGE                    NOTICE ONLY    NOT FILED           .00            .00
MACYS EAST FDSB           UNSEC W/INTER  NOT FILED           .00            .00
MBNA AMERICA              UNSEC W/INTER  NOT FILED           .00            .00
MONTEREY FINANCIAL        UNSEC W/INTER     170.88           .00            .00
VERIZON                   UNSEC W/INTER  NOT FILED           .00            .00
FCNB/MASTERTRUST          UNSEC W/INTER  NOT FILED           .00            .00
AT&T WIRELESS             UNSEC W/INTER     340.69           .00            .00
AT&T WIRELESS             UNSEC W/INTER     632.09           .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     666.37           .00            .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER     563.62           .00            .00
ROUNDUP FUNDING LLC       UNSEC W/INTER     711.18           .00            .00
SALLIE MAE GUARANTEE SER  UNSEC W/INTER   14162.41           .00            .00
WFNNB CHADWICK            UNSEC W/INTER  NOT FILED           .00            .00
AMERICREDIT FINANCIAL SV  UNSEC W/INTER      89.98           .00            .00
FEDERATED RETAIL HOLDING  UNSEC W/INTER     770.75           .00            .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER     357.14           .00            .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER    4256.52           .00            .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 05738 GREGORY MCKINNEY & DEEDRA MCKINNEY
```

```
INTERNAL REVENUE SERVICE  SECURED          12200.00           230.14        7625.38
ROUNDUP FUNDING LLC       UNSEC W/INTER     4705.06              .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     2102.41              .00            .00
ROUNDUP FUNDING LLC       UNSEC W/INTER     2436.63              .00            .00
LEGAL HELPERS PC          DEBTOR ATTY       2,000.00                            .00
TOM VAUGHN                TRUSTEE                                            805.10
DEBTOR REFUND             REFUND                                                .00

       Summary of Receipts and Disbursements:
     ----------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
     ----------------------------------------------------------------------------
TRUSTEE                    12,025.00

PRIORITY                                              .00
SECURED                                         10,917.99
    INTEREST                                       301.91
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               805.10
DEBTOR REFUND                                         .00
                          ---------------     ---------------
TOTALS                     12,025.00            12,025.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                          /s/ Tom Vaughn
     Dated: 05/23/08                     _____
                                          TOM VAUGHN
                                          CHAPTER 13 TRUSTEE